**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 13 MM 2016
:
Respondent   :
:
:
:
v.   :
:
:
:
KEITH E. FULMER,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Application for Relief to Exceed Word Limit is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.